IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

*Jessie Wayne Mendenhall*

(Enter the full name of the plaintiff.)

**FILED**

FEB 2 6 2024

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY_____,DEPUTY

v.

Case No. CIV-24-115-HE
(Court Clerk will insert case number)

(1) _____,

(2) _____,

(3) _____.

(Enter the full name of each defendant.  Attach
additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1.     You must type or legibly handwrite the Complaint, and you must answer all
questions concisely and in the proper space.  Where more space is needed to answer any
question, you may attach a separate sheet.

2.     You must provide a full name for each defendant and describe where that
defendant resides or can be located.

3.     You must send the original complaint and one copy to the Clerk of the District
Court.

4.     You must pay an initial fee of $402 (including a $350 filing fee and a $52
administrative fee).  The complaint will not be considered filed until the Clerk receives
the $402 fee or you are granted permission to proceed *in forma pauperis*.

5.     If you cannot prepay the $402 fee, you may request permission to proceed *in
forma pauperis* in accordance with the procedures set forth in the Court's form
application to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $52 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case**.

7.     The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8.     If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

I.     **Jurisdiction is asserted pursuant to:**

___ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

_____

_____

Rev. 10/20/2015

**II.     State whether you are a:**

   ✓ Convicted and sentenced state prisoner

   ___ Convicted and sentenced federal prisoner

   ___ Pretrial detainee

   ___ Immigration detainee

   ___ Civilly committed detainee

   ___ Other (please explain) _____

**III.    Previous Federal Civil Actions or Appeals**

    List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

    1.  Prior Civil Action/Appeal No. 1

       a.  Parties to previous lawsuit:

          Plaintiff(s):_____

          Defendant(s):_____

          _____

       b.  Court and docket number:_____

       c.  Approximate date of filing:_____

       d.  Issues raised: _____

          _____

          _____

       e.  Disposition (for example:  Did you win?  Was the case dismissed?  Was summary judgment entered against you?  Is the case still pending?  Did you appeal?): _____

          _____

       f.  Approximate date of disposition: _____

    If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

**IV.    Parties to Current Lawsuit**

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

    1.     Plaintiff

           Name and any aliases: _____

           Address:_____

           Inmate No.:_____

    2.     Defendant No. 1

           Name and official position: _____

           _____

           Place of employment and/or residence:_____

           _____

           How is this person sued?  ( ) official capacity, ( ) individual capacity, ( ) both

    3.     Defendant No. 2

           Name and official position: _____

           _____

           Place of employment and/or residence:_____

           _____

           How is this person sued?  ( ) official capacity, ( ) individual capacity, ( ) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

V.    **Cause of Action**

<u>Instructions</u>

1.   *Provide a short and plain statement of each claim.*

- Describe the facts that are the basis for your claim.

- You can generally only sue defendants who were directly involved in harming you.  Describe how each defendant violated your rights, giving dates and places.

- Explain how you were hurt and the extent of your injuries.

2.   *You are not required to cite case law.*

- Describe the constitutional or statutory rights you believe the defendant(s) violated.

- At this stage in the proceedings, you do not need to cite or discuss any case law.

3.   *You are not required to attach exhibits.*

- If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why you included them.

4.   *Be aware of the requirement that you exhaust prison grievance procedures **before** filing your lawsuit.*

- If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you.  *See* 42 U.S.C. § 1997e(a).

- Every claim you raise must be exhausted in the appropriate manner.

5.   *Be aware of any statute of limitations.*

- If you are suing about events that happened in the past, your case may be subject to dismissal under the statute of limitations.  For example, for many civil rights claims, an action must be brought within two years from the date when the plaintiff knew or had reason to know of the injury that is the basis for the claim.

6.    *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

<u>Claims</u>

List the federal right(s) that you believe have been violated, and describe what happened.  Each alleged violation of a federal right should be listed separately as its own claim.

1.    **Claim 1:**

(1)    List the right that you believe was violated:

Constitutional God given wright to attend a Bridge Church service. Over a 4 year period I have not been allowed to go out to attend any church services at Bridge Church.

(2)    List the defendant(s) to this claim:  (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

State of Oklahoma

(3)  List the supporting facts:

I sent one of these in within the 10 days after I sent in my grievience form. But never got a reply. So please allow this one to take the others place in case it never went thru.

(4)  Relief requested: (State briefly exactly what you want the court to do for you.)

I'm sueing for 24 million in total. It starts with a hundred thousand for every service they would not let me attend. 4 a week on Sunday one on Saturday so 5 a week times 4 week a month times 12 month a year times 4 years

**2.  Claim II:**

(1)  List the right that you believe was violated:

Constitutional God given right to attend a Church service like everyone else here. Need the fellowship + welcome atmosphere. Allso they may be holding my mail to keep it from going thru.

(2)  List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

State of Okla.

Rev. 10/20/2015

(3)   List the supporting facts:

All ready sent one of these in just never recieved a return or response to let me Know any thing. So I think they Kept my mail from going thru. Please let this one take it's place.

(4)   Relief requested: (State briefly exactly what you want the court to do for you.)

Please let me Know for sure if I have a case in court prosses that is active. $100,000 for every church service I can not attend. 5 a month times 12 month times 4 year.

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI.   Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_Jessie Mendenhall_
Plaintiff's signature

_2-19-24_
Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _1st_ day of _January_, 20_24_.

_Jessie Mendenhall_
Plaintiff's signature

_2-19-24_
Date

Rev. 10/20/2015