# U.S. District Court

## Oklahoma Western - Oklahoma City

Receipt Date: Apr 30, 2024 8:53AM

STATE OF OKLAHOMA

Rcpt. No: 500006742              Trans. Date: Apr 30, 2024 8:53AM              Cashier ID: #RP

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| *201B | Civil Filing Fee/PLRA-PIF/Non-IFP | DOKW524CV000115 /001<br>Jessie Mendenhall<br>**FBO**: Jessie Mendenhall | 1 | 405.00 | 405.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #013724464 | 04/25/2024 | $405.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $405.00 |
| Total Tendered: | $405.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: CIV-24-115-HE

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.