UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Jessie Wayne Mendenhall )
)
)
Plaintiff(s) )
)
vs. )  CASE NO. CIV-24-0115-HE
)
State of Oklahoma )
)
Defendant(s) )

FILED
1:14 pm, May 01, 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: Nassil Al Adhami, Deputy Clerk

## CHANGE OF ADDRESS

To the Clerk of this court and all parties of record:

Please note my change of address in the above styled case:

Jessie Wayne Mendenhall
**Print Name**

466 975
**Prisoner ID Number**

7900 S.W. 104th Street
**New Address**

Oklahoma City, Oklahoma  73169
**City**        **State**        **Zip Code**

_Jessie Wayne Mendenhall_
**Signature**

Rvsd 03-16

## Certificate of Service

I hereby certify that on (date) __4-26-24__, I filed the attached document with the Clerk of Court. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the Electronic Case Filing System.

I hereby certify that on (date) __4-26-24__, I filed the attached document with the Clerk of Court and served the attached document by (service method) __mail__ on the following, who are not registered participants of the Electronic Case Filing System: (insert names and addresses)

__Jessie Mendenhall__
Signature

Rvsd 03-16

**Should your address change, it is your responsibility to notify the court. Attached is the Change of Address form.**

**LCvR5.4 Change of Address; Proof of Service.**

    **(a) All papers shall contain the name, mailing address, daytime telephone number, fax number, and e-mail address, if any, of the attorney or pro se litigant. If any of this information changes, the attorney or pro se litigant must notify the court by filing the form provided by the clerk and serving a copy on opposing counsel or pro se parties. Papers sent by the court will be deemed delivered if sent to the last known address given to the court.**

Rvsd 03-16