FILED  Monday 5/6/24

MAY 31 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____nac_____, DEPUTY

Dear Sirs:

So, I tryed to pay the $350.00 court cost, this morning. It seems like there is no way I can. Every time I try I can't. This time my case manager said you are too close to getting out. So Wednesday when I discharge, I will come to the department of Treasury + hand over the cash for it. Plus the last $55 to get it all paid off.

Sorry, it has taken me so long. But from in here (prison) you are fighting a loseing battle.

I am doing all this for my kids + grandkids. So please consider them before you throw it all out. I want to leave them more then just bad memories of my past. I'm 66 years old now so my time is short on this earth. Any money from this will be a blessing.

Sincerly Yours:

Jessie Wayne Mendenhall

Jessie Wayne Mendenhall
Plaintiff

Vs.

State of Oklahoma
Defendant

Case No. CIV-24-0115-HE

- over -

FILED

MAY 31 2024

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

P.S. I'm not a lawyer so please except my apology for any mistakes on my part