IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JESSIE WAYNE MENDENHALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. CIV-24-0115-HE |
| | ) | |
| STATE OF OKLAHOMA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff Jessie Wayne Mendenhall, a state prisoner proceeding *pro se*, brought this action pursuant to 42 U.S.C. § 1983, asserting violations of his constitutional rights. On June 21, 2024, U.S. Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending the dismissal of plaintiff's amended complaint in its entirety. Plaintiff was advised of his right to object to the Report and Recommendation by July 12, 2024. No objection has been filed. Plaintiff has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** Magistrate Judge Mitchell's Report and Recommendation [Doc. #26] and **DISMISSES** plaintiff's amended complaint without prejudice.

**IT IS SO ORDERED.**

Dated this 25th day of July, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE